UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AELLIS OBTENEBRIX,<br><br>         Plaintiff,<br><br>v.<br><br>KELLI MARIE CONNOR dba KELLI MARIE PHOTOGRAPHY dba BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JOHN DOE(S), and JANE DOE(S),<br><br>         Defendants. | Case No.: 22cv597-JO-AHG<br><br>**ORDER TO SHOW CAUSE** |

   On April 27, 2022, Plaintiff filed a complaint and a motion for leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. Dkts. 1–2. On July 7, 2022, Plaintiff filed an Amended Complaint. Dkt. 4. On August 25, 2022, the Court denied Plaintiff's IFP motion with prejudice because Plaintiff had not demonstrated that he lacked the means to pay the filing fees and court costs. Dkt. 5. The Court instructed Plaintiff to either pay the filing fee or file a new IFP motion containing the necessary income information on or before September 15, 2022. *Id.* As of October 18, 2022, Plaintiff has done neither.

Accordingly, the Court orders Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff's written response to this order to show cause is due on or before November 2, 2022. Defendants may file a response on or before November 9, 2022. The hearing on the order to show cause is set for November 16, 2022, at 9:00 a.m. There shall be no oral argument unless requested by the Court, and no personal appearances are necessary.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
Honorable Jinsook Ohta
United States District Judge