UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AELLIS OBTENEBRIX,<br><br>                                  Plaintiff,<br><br>v.<br><br>KELLI MARIE CONNOR dba KELLI MARIE PHOTOGRAPHY dba BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JOHN DOE(S), and JANE DOE(S),<br><br>                                  Defendants. | Case No.: 22cv597-JO-AHG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On April 27, 2022, Plaintiff filed a complaint and a motion for leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. Dkts. 1–2. On July 7, 2022, Plaintiff filed an Amended Complaint. Dkt. 4. On August 25, 2022, the Court denied Plaintiff's IFP motion because Plaintiff had not demonstrated that he lacked the means to pay the filing fees and court costs. Dkt. 5. The Court instructed Plaintiff to either pay the filing fee or file a new IFP motion containing the necessary income information on or before September 15, 2022. *Id.* The September 15, 2022 deadline passed, and Plaintiff did neither.

1

On October 18, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Dkt. 6. Plaintiff's written response to the order to show cause was due on or before November 2, 2022. *See id.* Plaintiff failed to respond to the order to show cause. Therefore, the Court DISMISSES this action without prejudice for failure to pay the filing fee and to prosecute the action. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: November 29, 2022

_____
Honorable Jinsook Ohta
United States District Judge